APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:22−cr−00301−CJN</u>−1

Case title: USA v. WINEGEART

Magistrate judge case number:  1:22−mj−00161−GMH

Date Filed: 09/09/2022

Assigned to: Judge Carl J.
Nichols

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **DOVA ALINA WINEGEART** | represented by | **Carolyn Stewart** |

1204 Swilley Road
Plant City, FL 33567
813−451−5753
Fax: 813−946−8066
Email: <u>carolstewart_esq@protonmail.com</u>
*TERMINATED: 02/09/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William Lee Shipley , Jr.**
LAW OFFICES OF WILLIAM L. SHIPLEY
PO Box 745
Kailua, HI 96734
808−228−1341
Email: <u>808Shipleylaw@gmail.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Maria Jacob**
OFFICE OF THE FEDERAL PUBLIC DEFENDER
625 Indiana Ave, N.W.
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: <u>maria_jacob@fd.org</u>
*TERMINATED: 08/08/2022*
*Designation: Public Defender or Community
Defender Appointment*

**<u>Pending Counts</u>**                                **<u>Disposition</u>**

1

| | |
|---|---|
| 18 U.S.C. 1361; GOVERNMENT PROPERTY OR CONTRACTS >; Attempted Destruction of Government Property (1) | Defendant Sentenced to Four (4) Months of Incarceration followed by Twelve (12) Months of Supervised Release (with conditions). Defendant further Ordered to pay Special Assessment of $25.00 and Fine of $1000.00. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | Not Guilty as Found by the Court. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | Not Guilty as Found by the Court. |
| 18 U.S.C. 1752(a)(4); TEMPORARY RESIDENCE OF THE PRESIDENT; Engaging in Physical Violence in a Restricted Building or Grounds (4) | Not Guilty as Found by the Court. |
| 40 U.S.C. 5104(e)(2)(F); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Act of Physical Violence in the Capitol Grounds or Buildings (5) | Not Guilty as Found by the Court. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINTS in VIOLATION of 18 U.S.C. § 1752(a)(1); 18 | |

U.S.C. § 1752(a)(2); 18 U.S.C. §
1752(a)(4); 40 U.S.C. §
5104(e)(2)(D); 40 U.S.C. §
5104(e)(2)(F); 18 U.S.C. § 1361

**Plaintiff**

**USA**                                    represented by   **Ashley Akers**
                                                            DOJ–CIV
                                                            Commercial Litigation Branch
                                                            1100 L Street Northwest
                                                            Washington, DC 20530
                                                            (202) 353–0521
                                                            Email: ashley.akers@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

                                                            **Patrick C Holvey**
                                                            U.S. ATTORNEY'S OFFICE
                                                            Criminal Division
                                                            601 D St NW
                                                            Washington, DC 20530
                                                            202–252–7224
                                                            Email: patrick.holvey@usdoj.gov
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2022 | 1 | COMPLAINT as to DOVA ALINA WINEGEART (1). (Attachments: # 1 Statement of Facts) (zltp) [1:22−mj−00161−GMH] (Entered: 07/15/2022) |
| 07/14/2022 | 3 | MOTION to Seal Case by USA as to DOVA ALINA WINEGEART. (Attachments: # 1 Text of Proposed Order)(zltp) [1:22−mj−00161−GMH] (Entered: 07/15/2022) |
| 07/14/2022 | 4 | ORDER granting 3 Motion to Seal Case as to DOVA ALINA WINEGEART (1). Signed by Magistrate Judge G. Michael Harvey on 7/14/2022. (zltp) [1:22−mj−00161−GMH] (Entered: 07/15/2022) |
| 07/14/2022 | 5 | Arrest Warrant, dated 7/14/2022, Returned Executed on 7/19/2022 as to DOVA ALINA WINEGEART. (zltp) [1:22−mj−00161−GMH] (Entered: 07/20/2022) |
| 07/19/2022 | | Arrest of DOVA ALINA WINEGEART in Oklahoma. (zltp) [1:22−mj−00161−GMH] (Entered: 07/20/2022) |
| 07/19/2022 | | Case unsealed as to DOVA ALINA WINEGEART (zltp) [1:22−mj−00161−GMH] (Entered: 07/20/2022) |
| 07/22/2022 | | MINUTE ORDER as to DOVA ALINA WINEGEART: It is hereby ORDERED that Defendant appear for an Initial Appearance on 7/26/2022 at 1:00 p.m. before Magistrate Judge G. Michael Harvey. The hearing will be conducted by video teleconference; call−in instructions will be provided to counsel prior to the hearing. |

| | | |
|---|---|---|
| | | Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202−354−3233. Signed by Magistrate Judge G. Michael Harvey on 7/22/2022. (bb) [1:22−mj−00161−GMH] (Entered: 07/22/2022) |
| 07/26/2022 | | ORAL MOTION to Appoint Counsel by DOVA ALINA WINEGEART (1). (bb) [1:22−mj−00161−GMH] (Entered: 07/27/2022) |
| 07/26/2022 | | ORAL MOTION for Speedy Trial by USA as to DOVA ALINA WINEGEART (1). (bb) [1:22−mj−00161−GMH] (Entered: 07/27/2022) |
| 07/26/2022 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC First Appearance in the District as to DOVA ALINA WINEGEART (1) held on 7/26/2022. Defendant was present by video. Defendant is in the process of retaining counsel. Oral Motion to Appoint Counsel by DOVA ALINA WINEGEART (1); Heard and Granted. FPD Attorney Maria Jacob appointed for DOVA ALINA WINEGEART (1) until she is able to retain counsel. Conditions of release were imposed. Status Hearing RE: Ascertainment of Counsel set for 8/9/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Oral Motion by the Government for Speedy Trial Waiver as to DOVA ALINA WINEGEART (1); Heard and Granted. Time between 7/26/2022 and 8/25/2022 (30 days) shall be excluded from calculation of time in the interest of justice (XT) under the Speedy Trial Act. Defendant waived the right to have the Preliminary Hearing within 21 days. Preliminary Hearing set for 8/25/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond; Court Reporter: FTR Gold; FTR Time Frame: CTRM 6 [1:36:53−1:49:22]; Defense Attorney: Maria Jacob; U.S. Attorney: Frederick Yette for Ashley Akers; Pretrial Officer: John Copes. (bb) [1:22−mj−00161−GMH] (Entered: 07/27/2022) |
| 07/26/2022 | | MINUTE ORDER as to DOVA ALINA WINEGEART (1): As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 7/26/2022. (bb) [1:22−mj−00161−GMH] (Entered: 07/27/2022) |
| 07/26/2022 | 6 | ORDER Setting Conditions of Release as to DOVA ALINA WINEGEART (1) Personal Recognizance Bond. Signed by Magistrate Judge G. Michael Harvey on 7/26/2022. (Attachments: # 1 Appearance Bond) (bb) [1:22−mj−00161−GMH] (Entered: 07/27/2022) |
| 08/08/2022 | 8 | NOTICE OF ATTORNEY APPEARANCE: Carolyn Stewart appearing for DOVA ALINA WINEGEART (Stewart, Carolyn) [1:22−mj−00161−GMH] (Entered: 08/08/2022) |
| 08/09/2022 | | Terminate Deadlines and Hearings as to DOVA ALINA WINEGEART: the Ascertainment of Counsel hearing scheduled for 8/9/2022 before Magistrate Judge Robin M. Meriweather is hereby VACATED. (zcll) [1:22−mj−00161−GMH] (Entered: 08/09/2022) |

| 08/23/2022 | 9 | Consent MOTION to Continue *Preliminary Hearing*, Consent MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to DOVA ALINA WINEGEART. (Attachments: # 1 Text of Proposed Order)(Akers, Ashley) [1:22–mj–00161–GMH] (Entered: 08/23/2022) |
|---|---|---|
| 08/25/2022 | | MINUTE ORDER: Upon consideration of the Consent Motion to Continue Preliminary Hearing, Consent Motion to Exclude Time Under the Speedy Trial Act (ECF No. 9 ), the Court hereby CONTINUES the currently scheduled preliminary hearing from 8/25/2022 to September 15, 2022 at 1:00 PM. However, the Motion still remains under consideration. The Court hereby ORDERS the parties to submit a supplement to the Motion explaining why tolling the speedy trial clock would serve the ends of justice under 18 U.S.C. § 3161(h)(7)(A). The Court ORDERS the parties to submit the supplement no later than 12:00 PM EST on August 26, 2022. SO ORDERED. Signed by Magistrate Judge Robin M. Meriweather, 8/25/2022. (zcll) [1:22–mj–00161–GMH] (Entered: 08/25/2022) |
| 08/25/2022 | | Set/Reset Hearings as to DOVA ALINA WINEGEART: Preliminary Hearing continued to 9/15/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. (zcll) [1:22–mj–00161–GMH] (Entered: 08/25/2022) |
| 08/26/2022 | 10 | MOTION for Leave to File by DOVA ALINA WINEGEART. (Attachments: # 1 Supplement)(Stewart, Carolyn) [1:22–mj–00161–GMH] (Entered: 08/26/2022) |
| 08/31/2022 | 11 | ORDER granting 9 Motion to Continue Preliminary Hearing and Exclude time as to DOVA ALINA WINEGEART (1). Signed by Magistrate Judge Robin M. Meriweather on 08/31/2022. (zcll) [1:22–mj–00161–GMH] (Entered: 08/31/2022) |
| 08/31/2022 | | MINUTE ORDER: Upon consideration of the Motion for Leave to File (ECF No. 10 ), the Court hereby GRANTS the Motion. The failure to timely file the supplement is due to excusable neglect. SO ORDERED. Signed by Magistrate Judge Robin M. Meriweather, 8/31/2022. (zcll) [1:22–mj–00161–GMH] (Entered: 08/31/2022) |
| 09/09/2022 | 12 | INDICTMENT as to DOVA ALINA WINEGEART (1) count(s) 1, 2, 3, 4, 5. (zltp) (Entered: 09/13/2022) |
| 09/13/2022 | | MINUTE ORDER: The hearing currently scheduled for 09/15/2022 before Magistrate Judge G. Michael Harvey is hereby VACATED, as the Defendant: has had an initial appearance in the jurisdiction, has retained counsel, has been released on conditions, and has been charged by indictment. As such, there are no pending matters necessitating action by a magistrate judge. The parties are directed to contact the assigned District Judge to schedule a status hearing [and arraignment], if one has not yet been set. The parties are instructed to address any requests to toll the Speedy Trial Act to the assigned District Judge. Signed by Magistrate Judge G. Michael Harvey on 09/13/2022. (zcll) (Entered: 09/13/2022) |
| 09/13/2022 | | Terminate Deadlines and Hearings as to DOVA ALINA WINEGEART: The Hearing currently scheduled for 09/15/2022 before Magistrate Judge G. Michael Harvey is hereby VACATED. (zcll) (Entered: 09/13/2022) |
| 09/14/2022 | | MINUTE ORDER as to DOVA ALINA WINEGEART. In view of Magistrate Judge Harvey's Minute Order of September 13, 2022, Ms. Winegeart's arraignment and first appearance before this Court shall take place at 11:30 am on September 20, 2022. The parties shall file a Notice by no later than 5:00 pm on September 15, 2022 informing the Court whether they consent to exclude time under the Speedy Trial Act from 9/15/2022 to 9/20/2022. In light of the public health emergency, the status conference |

| | | |
|---|---|---|
| | | will take place via Zoom VIDEO TELECONFERENCE (VTC). The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. Signed by Judge Emmet G. Sullivan on 9/14/2022. (lcegs1) (Entered: 09/14/2022) |
| 09/15/2022 | | Set/Reset Deadlines/Hearings as to DOVA ALINA WINEGEART:Notice due no later than 5:00PM on 9/15/2022. Arraignment/Status Conference set for 9/20/2022 at 11:30 AM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 09/15/2022) |
| 09/15/2022 | 14 | NOTICE *of Consent to Exclude Time Under the Speedy Trial Act* by USA as to DOVA ALINA WINEGEART re Order,, (Akers, Ashley) (Entered: 09/15/2022) |
| 09/15/2022 | 15 | NOTICE *Consent and Request to Exclude Time* by DOVA ALINA WINEGEART (Stewart, Carolyn) (Entered: 09/15/2022) |
| 09/19/2022 | | MINUTE ORDER as to DOVA ALINA WINEGEART. Due to constraints in the Court's calendar, the status conference scheduled for 11:30 am on September 20, 2022 is hereby rescheduled to 3:30 on the same date. In light of the public health emergency, the status conference will take place via Zoom VIDEO TELECONFERENCE (VTC). The parties shall contact Mr. Mark Coates, the Courtroom Deputy Clerk, for the dial–in information. Signed by Judge Emmet G. Sullivan on 9/19/2022. (lcegs1) (Entered: 09/19/2022) |
| 09/19/2022 | | Set/Reset Hearings as to DOVA ALINA WINEGEART: Arraignment/Status Conference set for 9/20/2022 at 03:30 PM in Telephonic/VTC before Judge Emmet G. Sullivan. (mac) (Entered: 09/19/2022) |
| 09/19/2022 | 16 | STANDING ORDER as to DOVA ALINA WINEGEART requiring the government to produce any evidence in its possession that is favorable to the defendant and material to either the defendant's guilt or punishment Signed by Judge Emmet G. Sullivan on 09/19/22. (mac) (Entered: 09/19/2022) |
| 09/19/2022 | 17 | Unopposed MOTION for Protective Order by USA as to DOVA ALINA WINEGEART. (Attachments: # 1 Proposed Protective Order)(Akers, Ashley) (Entered: 09/19/2022) |
| 09/20/2022 | | MINUTE ORDER granting 17 Motion for Protective Order as to DOVA ALINA WINEGEART (1). The terms presented in [17–1] Protective Order Governing Discovery are hereby incorporated by reference into this Order. Signed by Judge Emmet G. Sullivan on 9/20/2022. (lcegs1) (Entered: 09/20/2022) |
| 09/20/2022 | | Minute Entry for proceedings held Via VTC before Judge Emmet G. Sullivan:Arraignment/Status Conference as to DOVA ALINA WINEGEART (1) held on 9/20/2022. Plea Of Not Guilty Entered by DOVA ALINA WINEGEART as to Count 1,2,3,4 and 5. Parties Updated The Court In Regards To Discovery. Parties Request Continuance. Status Conference set for 1/11/2023 at 2:00 PM in Telephonic/VTC before Judge Emmet G. Sullivan. With Consent Of The Defendant, Speedy Trial Time Is Excluded 9/20/22 – 1/11/23 In the Interest Of Justice (XT). Bond Status of Defendant: APPEARED VIA VTC – REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: BRYAN WAYNE; Defense Attorney: CAROLYN STEWART; US Attorney: ASHLEY AKERS; (mac) (Entered: 09/20/2022) |
| 10/18/2022 | | Case as to DOVA ALINA WINEGEART randomly reassigned to Judge Carl J. Nichols. Judge Emmet G. Sullivan is no longer assigned to the case. (rj) (Entered: |

| | | |
|---|---|---|
| | | 10/18/2022) |
| 11/02/2022 | | MINUTE ORDER as to DOVA ALINA WINEGEART. Due to the reassignment of this case, it is ORDERED that hearings are reset in front of Judge Carl J. Nichols. It is further ORDERED that the Parties shall appear for a video status conference on January 11, 2023 at 2:00 P.M. Signed by Judge Carl J. Nichols on November 2, 2022. (lccjn1) (Entered: 11/02/2022) |
| 01/11/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to DOVA ALINA WINEGEART held on 1/11/2023. Speedy Trial as to DOVA ALINA WINEGEART is Excluded from 1/11/2023 to 3/16/2023, in the Interest of Justice, XT. Status Conference set for 3/16/2023 at 01:30 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Carolyn Stewart; US Attorney: Ashley Akers. (zcam) (Entered: 01/11/2023) |
| 03/10/2023 | | NOTICE OF HEARING as to DOVA ALINA WINEGEART: Status Conference reset for 3/16/2023 at 04:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Note time change. (zcam) (Entered: 03/10/2023) |
| 03/16/2023 | | Minute Entry for proceedings held Via Video (ZOOM) before Judge Carl J. Nichols:Status Conference as to DOVA ALINA WINEGEART held on 3/16/2023. Defendant Consents To This Hearing Being Held Remotely (Via Video –ZOOM). Parties Request Continuance. Status Conference set for 5/11/2023 at 1:00 PM Via Video (ZOOM) before Judge Carl J. Nichols. With The Consent Of The Parties, Speedy Trial Time Is Excluded 3/16/23 – 5/11/23 In The Interest Of Justice (XT). Bond Status of Defendant: APPEARED REMOTELY VIA VIDEO (ZOOM) – REMAINS ON PERSONAL RECOGNIZANCE; Court Reporter: LISA EDWADS; Defense Attorney: CAROLYN STEWART; US Attorney: SHALIN NOHRIA FOR ASHLEY AKERS; (mac) (Entered: 03/16/2023) |
| 08/23/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to DOVA ALINA WINEGEART held on 8/23/2023. Speedy Trial as to DOVA ALINA WINEGEART is Excluded from 8/23/2023 to 9/6/2023, in the Interest of Justice, XT. Joint Status Report due by 9/6/2023. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Carolyn Stewart; US Attorney: Ashley Akers. (zcam) (Entered: 08/23/2023) |
| 10/06/2023 | | NOTICE OF HEARING as to DOVA ALINA WINEGEART: Status Conference set for 10/11/2023 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. (zcam) (Entered: 10/06/2023) |
| 10/11/2023 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to DOVA ALINA WINEGEART held on 10/11/2023. Proposed Pretrial Schedule Order due by 10/20/2023. Jury Selection / Jury Trial set for 3/25/2024 at 09:00 AM in Courtroom 17– In Person before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: Carolyn Stewart; US Attorney: Ashley Akers. (zcam) (Entered: 10/11/2023) |
| 10/20/2023 | 29 | JOINT MOTION for Pretrial Schedule Order by DOVA ALINA WINEGEART. (Attachments: # 1 Text of Proposed Order proposed order)(Stewart, Carolyn) Modified event type on 10/23/2023 (zstd). (Entered: 10/20/2023) |

| 10/23/2023 | 30 | SCHEDULING ORDER as to DOVA ALINA WINEGEART (1). Signed by Judge Carl J. Nichols on October 23, 2023. (lccjn1) Modified on 10/24/2023 to make public (zcam). (Entered: 10/23/2023) |
|---|---|---|
| 10/23/2023 | | Set/Reset Deadlines as to DOVA ALINA WINEGEART: Exhibit List due by 3/8/2024. Proposed Voir Dire due by 3/8/2024. Proposed Jury Instructions due by 3/8/2024. Witness List due by 3/8/2024. (zcam) (Entered: 10/25/2023) |
| 01/23/2024 | 31 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for DOVA ALINA WINEGEART (Shipley, William) (Entered: 01/23/2024) |
| 01/26/2024 | 33 | MOTION TO SET STATUS CONFERENCE by DOVA ALINA WINEGEART. (Shipley, William) Modified text on 1/29/2024 (zstd). (Entered: 01/26/2024) |
| 01/31/2024 | | NOTICE OF HEARING as to DOVA ALINA WINEGEART: VTC Status Conference set for 2/9/2024 at 9:00 AM before Judge Carl J. Nichols. (zkh) (Entered: 01/31/2024) |
| 02/01/2024 | 34 | WAIVER of Trial by Jury by DOVA ALINA WINEGEART. (Shipley, William) Modified text on 2/1/2024 (zstd). (Entered: 02/01/2024) |
| 02/05/2024 | 35 | Joint MOTION for Extension of Time to *file pretrial motions* by USA as to DOVA ALINA WINEGEART. (Akers, Ashley) (Entered: 02/05/2024) |
| 02/09/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Status Conference as to DOVA ALINA WINEGEART held on 2/9/2024. Defendant consents to proceed with a hybrid hearing. The Court grants 32 Motion to Withdraw as Attorney. Carolyn Stewart withdrawn from case. Defense brief due by 2/16/2024 with regards to ECF 32. Revised Pretrial Schedule due by 2/16/2024. The Jury trial set for 3/25/2024 is hereby VACATED. Bench Trial set for 6/10/2024 at 9:00 AM in Courtroom 17– In Person before Judge Carl J. Nichols. Speedy trial is excluded from 2/9/2024 to 6/10/2024 in the Interest of Justice (XT). Parties consent to the exclusion of time. Bond Status of Defendant: Defendant Remains on Personal Recognizance; Court Reporter: Lorraine Herman Defense Attorney: William Shipley, Jr & Carolyn Stewart; US Attorney: Ashley Akers. (zcll) (Entered: 02/09/2024) |
| 02/09/2024 | | Terminate Deadlines and Hearings as to DOVA ALINA WINEGEART: The Jury Trial scheduled for 3/25/2024 is hereby VACATED. (zcll) (Entered: 02/09/2024) |
| 02/16/2024 | 37 | NOTICE *(Joint) of Parties Proposed Pretrial Scheduling Order* by USA as to DOVA ALINA WINEGEART (Akers, Ashley) (Entered: 02/16/2024) |
| 04/07/2024 | 38 | PROPOSED PRETRIAL SCHEDULING ORDER (Joint) by USA as to DOVA ALINA WINEGEART (Akers, Ashley) Modified text on 4/8/2024 (zstd). (Entered: 04/07/2024) |
| 04/08/2024 | 39 | NOTICE OF ATTORNEY APPEARANCE Patrick C Holvey appearing for USA. (Holvey, Patrick) (Entered: 04/08/2024) |
| 04/09/2024 | 40 | REVISED SCHEDULING ORDER as to DOVA ALINA WINEGEART (1). Signed by Judge Carl J. Nichols on April 9, 2024. (lccjn1) (Entered: 04/09/2024) |
| 04/09/2024 | | Set/Reset Deadlines as to DOVA ALINA WINEGEART: Exhibit List due by 5/31/2024. Bench Instructions due by 5/31/2024. Witness List due by 5/31/2024. (zcam) (Entered: 04/09/2024) |
| 05/03/2024 | 41 | MOTION in Limine by USA as to DOVA ALINA WINEGEART. (Akers, Ashley) (Entered: 05/03/2024) |

| 05/03/2024 | 42 | MOTION in Limine *WITNESS NARRATION OF VIDEO AND DOCUMENTARY EVIDENCE* by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 05/03/2024) |
| 05/03/2024 | 43 | MOTION in Limine *INFLAMMATORY WORDS AND PHRASES* by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 05/03/2024) |
| 05/07/2024 | 44 | Memorandum in Opposition by USA as to DOVA ALINA WINEGEART re 42 Motion in Limine *No. 1 (Narration)* (Holvey, Patrick) (Entered: 05/07/2024) |
| 05/07/2024 | 45 | Memorandum in Opposition by USA as to DOVA ALINA WINEGEART re 43 Motion in Limine *No. 2 (Words and Phrases)* (Holvey, Patrick) (Entered: 05/07/2024) |
| 05/08/2024 | 46 | MOTION to Dismiss Count *One of the Indictment* by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 05/08/2024) |
| 05/22/2024 | 47 | RESPONSE by USA as to DOVA ALINA WINEGEART re 46 MOTION to Dismiss Count *One of the Indictment* (Akers, Ashley) (Entered: 05/22/2024) |
| 05/31/2024 | 48 | Joint MOTION for Extension of Time to *file joint pretrial submission* by USA as to DOVA ALINA WINEGEART. (Akers, Ashley) (Entered: 05/31/2024) |
| 06/03/2024 | 49 | MOTION for Leave to Appear *VIA VIDEOCONFERENCE FOR PRETRIAL CONFERENCE* by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 06/03/2024) |
| 06/04/2024 | 50 | Proposed Jury Instructions by USA as to DOVA ALINA WINEGEART (Akers, Ashley) (Entered: 06/04/2024) |
| 06/04/2024 | 51 | WITNESS LIST by USA as to DOVA ALINA WINEGEART (Akers, Ashley) (Entered: 06/04/2024) |
| 06/04/2024 | | MINUTE ORDER as to DOVA ALINA WINEGEART (1). The 49 Motion for Leave to Appear by Videoconference is GRANTED. So ORDERED by Judge Carl J. Nichols on June 4, 2024. (lccjn1) (Entered: 06/04/2024) |
| 06/05/2024 | | MINUTE ORDER. Upon consideration of the 48 Motion for Extension of Time, it is hereby ORDERED that the Motion is GRANTED nunc pro tunc. So ORDERED by Judge Carl J. Nichols on June 5, 2024. (lccjn1) (Entered: 06/05/2024) |
| 06/06/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to DOVA ALINA WINEGEART held on 6/6/2024. Case called for Pretrial Conference, but was not held. Motion 41 ; GRANTED by the Court for reasons set forth on the record. Motions 42 , 43 , and 46 ; DENIED by the Court for reasons set forth on the record. Oral Motion by DOVA ALINA WINEGEART to Continue Trial due to health issues; GRANTED by the Court, pending Doctor's note. Bench Trial reset for 7/15/2024 at 09:00 AM in Courtroom 17– In Person before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: William Shipley, Jr; US Attorney: Ashley Akers and Patrick Holvey. (zcam) (Entered: 06/06/2024) |
| 07/02/2024 | 52 | MOTION FOR COURT TO TAKE JUDICIAL NOTICE PURSUANT TO FED R. EVIDENCE 201 by DOVA ALINA WINEGEART. (Shipley, William) Modified event type on 7/2/2024 (zstd). (Entered: 07/02/2024) |
| 07/02/2024 | 53 | MOTION TO ADMIT AN AFFIDAVIT OF FBI SPECIAL AGENT PURSUANT TO FED R. EVIDENCE 801(d)(2) by DOVA ALINA WINEGEART. (Shipley, William) |

| | | |
|---|---|---|
| | | Modified event type on 7/2/2024 (zstd). (Entered: 07/02/2024) |
| 07/11/2024 | | NOTICE OF HEARING as to DOVA ALINA WINEGEART: Status Conference set for 7/11/2024 at 04:00 PM in Telephonic/VTC before Judge Carl J. Nichols. (zcam) (Entered: 07/11/2024) |
| 07/11/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Status Conference as to DOVA ALINA WINEGEART held on 7/11/2024. Motion 54 ; Denied for reasons set forth on the record. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman; Defense Attorney: William Shipley, Jr; US Attorney: Ashley Akers and Patrick Holvey. (zcam) (Entered: 07/11/2024) |
| 07/13/2024 | 55 | Memorandum in Opposition by USA as to DOVA ALINA WINEGEART re 53 Motion for Miscellaneous Relief, 52 Motion for Miscellaneous Relief *re Judicial Notice and Admission of Affidavit* (Holvey, Patrick) (Entered: 07/13/2024) |
| 07/15/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Bench Trial as to DOVA ALINA WINEGEART began and held on 7/15/2024. 52 Motion as to DOVA ALINA WINEGEART (1); DENIED for reasons set forth on the record. 53 Motion as to DOVA ALINA WINEGEART (1); GRANTED for reasons set forth on the record. Government rests its case. Defense Oral Rule 29 Motion; Deferred for reasons set forth on the record. Defense rests its case. Bench Trial continued to 7/16/2024 at 10:00 AM in Courtroom 17– In Person before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains on Personal Recognizance; Court Reporter: Lorraine Herman Defense Attorney: William Shipley, Jr; US Attorney: Ashley Akers and Patrick Holvey; Government Witness: FBI Special Agent Nathan Wilkins. (zcam) (Entered: 07/15/2024) |
| 07/15/2024 | 56 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to DOVA ALINA WINEGEART. (zcam) (Entered: 07/15/2024) |
| 07/16/2024 | | Set/Reset Deadlines/Hearings as to DOVA ALINA WINEGEART: Bench Trial reset for 2:00 PM on 7/16/2024 in Courtroom 17 before Judge Carl J. Nichols. Please note the change in hearing start time. (zcdw) (Entered: 07/16/2024) |
| 07/16/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols:Bench Trial as to DOVA ALINA WINEGEART resumed and concluded on 7/16/2024. The Court finds DOVA ALINA WINEGEART Guilty on Count 1 (misdemeanor version). The Court finds DOVA ALINA WINEGEART Not Guilty as to Count 2,3,4 and 5. CASE IS REFERRED TO U.S. PROBATION OFFICE FOR PRESENTENCE INVESTIGATION REPORT. Sentencing set for 10/18/2024 at 9:00 AM in Courtroom 17– In Person before Judge Carl J. Nichols. Government Sentencing Brief due by 10/11/2024. Defendant Sentencing Brief due by 10/15/2024. Defendant Will Remain On Pre Trial Release Conditions With The Current Conditions Remaining In Place. Bond Status of Defendant: PERSONAL RECOGNIZANCE; Court Reporter: LORRAINE HERMAN; Defense Attorney: WILLIAM SHIPLEY; US Attorney: ASHLEY AKERS/PATRICK HOLVEY; (mac) (Entered: 07/16/2024) |
| 07/16/2024 | 58 | EXHIBIT LIST by USA as to DOVA ALINA WINEGEART. (zcam) (Entered: 07/17/2024) |
| 07/16/2024 | 59 | EXHIBIT LIST by DOVA ALINA WINEGEART. (zcam) (Entered: 07/17/2024) |
| 07/16/2024 | 60 | |

| | | EXHIBIT LIST by USA and DOVA ALINA WINEGEART as to DOVA ALINA WINEGEART. (zcam) (Entered: 07/17/2024) |
|---|---|---|
| 07/16/2024 | 61 | FINAL Bench Instructions as to DOVA ALINA WINEGEART. (zcam) (Entered: 07/18/2024) |
| 10/09/2024 | 63 | Consent MOTION to Continue *SENTENCING HEARING* by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 10/09/2024) |
| 10/11/2024 | | MINUTE ORDER as to DOVA WINEGEART. Upon consideration of the Parties' 63 Consent Motion to Continue Sentencing, it is hereby ORDERED that the Motion is GRANTED and that the Parties shall appear for a sentencing hearing on December 2, 2024, at 10:30 a.m. It is further ORDERED that the government shall file its sentencing memorandum on or before November 22, 2024, and that the Defendant shall file her sentencing memorandum on or before November 27, 2024. So ORDERED by Judge Carl J. Nichols on October 11, 2024. (lccjn1) (Entered: 10/11/2024) |
| 10/17/2024 | 66 | TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, in case as to DOVA ALINA WINEGEART, before Judge Carl J. Nichols, held on July 15, 2024. Page Numbers: 1−197. Date of Issuance: September 3, 2024. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/7/2024. Redacted Transcript Deadline set for 11/17/2024. Release of Transcript Restriction set for 1/15/2025.(Herman, Lorraine) (Entered: 10/17/2024) |
| 10/17/2024 | 67 | TRANSCRIPT OF BENCH TRIAL VERDICT PROCEEDINGS, in case as to DOVA ALINA WINEGEART, before Judge Carl J. Nichols, held on July 16, 2024. Page Numbers: 1−36. Date of Issuance: October 3, 2024. Court Reporter: Lorraine Herman. Email: Lorraine_Herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal |

| | | |
|---|---|---|
| | | identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/7/2024. Redacted Transcript Deadline set for 11/17/2024. Release of Transcript Restriction set for 1/15/2025.(Herman, Lorraine) (Entered: 10/17/2024) |
| 11/11/2024 | 68 | MOTION to Continue by DOVA ALINA WINEGEART. (Shipley, William) (Entered: 11/11/2024) |
| 11/14/2024 | 69 | Memorandum in Opposition by USA as to DOVA ALINA WINEGEART re 68 Motion to Continue (Holvey, Patrick) (Entered: 11/14/2024) |
| 11/18/2024 | | MINUTE ORDER as to DOVA ALINA WINEGEART (1). Upon consideration of Defendant's 68 Motion to Continue, it is hereby ORDERED that the Motion is DENIED. So ORDERED by Judge Carl J. Nichols on 11/18/24. (lccjn1) (Entered: 11/18/2024) |
| 11/22/2024 | 70 | SENTENCING MEMORANDUM by USA as to DOVA ALINA WINEGEART (Attachments: # 1 Exhibit A)(Akers, Ashley) (Entered: 11/22/2024) |
| 11/26/2024 | 71 | MOTION for Leave to Appear *VIA VIDEOCONFERENCE FOR SENTENCING* by DOVA ALINA WINEGEART. (Attachments: # 1 Affidavit)(Shipley, William) (Entered: 11/26/2024) |
| 12/01/2024 | 72 | NOTICE OF HEARING as to DOVA ALINA WINEGEART: Sentencing reset for 12/9/2024 at 11:00 AM in Courtroom 17 before Judge Carl J. Nichols. (zcdw) (Entered: 12/01/2024) |
| 12/04/2024 | | MINUTE ORDER as to DOVA ALINA WINEGEART (1). In light of the change in sentencing date, Defendant is hereby ORDERED to file her sentencing memorandum on or before December 5, 2024. SO ORDERED by Judge Carl J. Nichols on 12/4/24. (lccjn1) (Entered: 12/04/2024) |
| 12/05/2024 | 74 | SENTENCING MEMORANDUM by DOVA ALINA WINEGEART (Shipley, William) (Entered: 12/05/2024) |
| 12/09/2024 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Sentencing held on 12/9/2024 as to DOVA ALINA WINEGEART (1): Count 1. Defendant Sentenced to Four (4) Months of Incarceration followed by Twelve (12) Months of Supervised Release (with conditions). Defendant further Ordered to pay Special Assessment of $25.00 and Fine of $1000.00. Defense Oral Motion to Stay Entry of Judgment; Deferred by the Court. Government's response due by 12/18/2024. Bond Status of Defendant: Defendant Sentenced to 4 Months; Set to Self–Surrender; Court Reporter: Lorraine Herman; Defense Attorney: William Shipley, Jr.; US Attorney: Ashley Akers and Patrick Holvey; Probation Officer: Kristina Centanni. (zcam) (Entered: 12/09/2024) |
| 12/11/2024 | 76 | Memorandum in Opposition to Oral Motion to Delay Entry of Judgment or Otherwise Delay her Report Date by USA as to DOVA ALINA WINEGEART re Sentencing,, (Holvey, Patrick) Modified text on 12/12/2024 (zstd). (Entered: 12/11/2024) |
| 12/18/2024 | 77 | REPLY by DOVA ALINA WINEGEART re 76 Notice (Other) (Shipley, William) (Entered: 12/18/2024) |

| 12/18/2024 | 78 | ERRATA by DOVA ALINA WINEGEART re 77 Reply (Shipley, William) Modified to add link on 12/19/2024 (zstd). (Entered: 12/18/2024) |
|---|---|---|
| 01/06/2025 | 79 | JUDGMENT as to DOVA ALINA WINEGEART. Statement of Reasons Not Included. Signed by Judge Carl J. Nichols on 1/6/2025. (zstd) (Main Document 79 replaced on 1/15/2025) (zstd). (Entered: 01/08/2025) |
| 01/06/2025 | 80 | STATEMENT OF REASONS as to DOVA ALINA WINEGEART re 79 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Carl J. Nichols on 1/6/2025. (zstd) (Entered: 01/08/2025) |
| 01/21/2025 | 81 | NOTICE OF APPEAL – Final Judgment by DOVA ALINA WINEGEART Fee Status: No Fee Paid. Parties have been notified. (Shipley, William) (Entered: 01/21/2025) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 22-cr-00301-CJN** |
| | ) | |
| **DOVA WINEGEART** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT DOVA WINEGEART'S NOTICE OF APPEAL

William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Dova Winegeart, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on January 8, 2025.

Date: January 21, 2025                    Respectfully Submitted,

                                          /s/ William L. Shipley
                                          William L. Shipley
                                          PO Box 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com

                                          *Attorney for Defendants*

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ⏷

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| Dova Alina Winegeart | Case Number: CR 22-301 (CJN) |
| | USM Number: 11602-510 |
| | William Shipley, Jr. |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)    1 of the Indictment filed 9/9/2022
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 § 1361 | GOVERNMENT PROPERTY OR CONTRACTS; Attempted Destruction of Government Property | 1/6/2021 | 1 |

    The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)    2-5

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/9/2024
_____
Date of Imposition of Judgment

*Carl J. Nichols*
_____
Signature of Judge

Carl J. Nichols    U. S. District Judge
_____
Name and Title of Judge

1/6/2025
_____
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT:    Dova Alina Winegeart
CASE NUMBER:    CR 22-301 (CJN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Four (4) Months

☑ The court makes the following recommendations to the Bureau of Prisons:

FCI Miami
15801 S.W. 137th Avenue
Miami, FL 33177

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m.   on _____ .

☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☑ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page   3   of   7

DEFENDANT:    Dova Alina Winegeart
CASE NUMBER:    CR 22-301 (CJN)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Twelve (12) Months

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___7___

DEFENDANT:  Dova Alina Winegeart
CASE NUMBER:  CR 22-301 (CJN)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.   You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.   After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.   You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.   You must answer truthfully the questions asked by your probation officer.
5.   You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.   You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.   You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.   You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.   If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page   5   of   7

DEFENDANT:  Dova Alina Winegeart
CASE NUMBER:  CR 22-301 (CJN)

## SPECIAL CONDITIONS OF SUPERVISION

Firearm Restriction - You shall remove firearms, destructive devices, or other dangerous weapons from areas over which you have access or control until the term of supervision expires.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page    6    of    7

DEFENDANT: Dova Alina Winegeart
CASE NUMBER: CR 22-301 (CJN)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 25.00 | $ | $ 1,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss***** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☑ the interest requirement for the    ☑ fine    ☐ restitution is modified as follows:  is waived until 2 months after release from incarceration.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Judgment — Page ___7___ of ___7___

DEFENDANT:  Dova Alina Winegeart
CASE NUMBER:  CR 22-301 (CJN)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __1,025.00__ due immediately, balance due

☐ not later than _____ , or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.